```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    ELIZABETH BARRY CSBN 203314
 4  Special Assistant United States Attorney
 5      160 Spear Street, Suite 800
        San Francisco, California 94105
 6      Telephone:  (415) 977-8972
        Facsimile:  (415) 744-0134
 7      Email: Elizabeth.Barry@ssa.gov
 8
    Attorneys for Defendant
 9
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| ERNEST P. VOOS, ) | |
| Plaintiff, ) | Case No.  5:12-cv-00936-JC |
| ) | JUDGMENT OF REMAND |
| v. ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| Defendant. ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: February 26, 2013                   /s/
                                     HON. JACQUELINE CHOOLJIAN
                                     UNITED STATES MAGISTRATE JUDGE